PROB 22 (Rev. 2/88)

# TRANSFER OF JURISDICTION

DOCKET NUMBER (Tran. Court): CR-01-225-01

DOCKET NUMBER (Rec. Court): 7:05-cr-919 (CM)

| NAME AND ADDRESS OF PROBATION/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| ABRAHAM ZUCKER<br>UNIT Z14, VACATION VILLAGE<br>P.O. BOX 91<br>LOCH SHELDRAKE, NY 12759 | Middle District of Pennsylvania | Harrisburg |
| | NAME OF SENTENCING JUDGE<br>The Honorable Sylvia H. Rambo<br>U.S. District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 07/02/04  TO 07/01/06 |

OFFENSE

Money Laundering - 18 USC § 1956(a)(1)(A)(i) and (a)(1)(B)(i)
Conspiracy to Transport Interstate Falsely Made and Forged Securities - 18 USC § 371 and § 2314

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE __Middle__ DISTRICT OF __Pennsylvania__

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the __Southern District of New York__ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

7/26/04
Date

*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF __Southern District of New York__

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

9/6/05
Effective Date

*United States District Judge*

FILED
HARRISBURG, PA
SEP 13 2005
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
PROBATION OFFICE

HARRISBURG

LEONARD R. BOGART
CHIEF U.S. PROBATION OFFICER
WM. NEALON U.S. COURTHOUSE
P.O. BOX 191
SCRANTON, PA 18501-0191
(570) 207-5840
FAX (570) 207-5880

HARRISBURG, PA 17108-0805
P.O. BOX 805
(717) 901-2860
FAX (717) 901-2890
WILLIAMSPORT, PA 17703-1055
240 W. THIRD ST
SUITE 114
(570) 323-3688
FAX (570) 323-5862
WILKES-BARRE, PA 18701-1500
197 S. MAIN STREET
Room 201
(570) 826-6257
FAX (570) 821-4184

July 27, 2004

Mr. Scott M. Long
U.S. Probation Officer
128 Dolson Avenue
Middletown, New York 10940-6435

          Re: ZUCKER, Abraham
             Dkt. No. 1:CR-01-225-01 (MD/PA)

Dear Mr. Long:

As requested, U.S. District Judge Sylvia H. Rambo has agreed with the proposal for a transfer of jurisdiction.

Enclosed are two (2) originals of Probation Form 22 signed by Judge Rambo initiating transfer of jurisdiction. When Part 2, accepting jurisdiction, has been signed by your Court, please forward one (1) original to:

        Mary E. D'Andrea
        Clerk of U.S. District Court
        Att.: Pamela Warner
        P.O. Box 983
        Harrisburg, PA 17108-0983,

That office will then take the appropriate action. Enclosed for your information is a copy of the Clerk's Office Case Inquiry Report which reflects Mr. Zucker paid his $200 special assessment and has a balance of $40,000 on his fine.

Thank you for your assistance in this matter.

                    Sincerely,

                    William C. Pool
                    Deputy Chief U.S. Probation Officer

/ccp
Enclosures



RECEIVED SEP - 8 2005 U.S. PROBATION OFFICE HARRISBURG, PA