UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

P. O. BOX 983
HARRISBURG, PA   17108



September 14, 2005

COURT TRANSFERRED TO: Southern District of New York

RE:   1:CR-01-0225-01- MDPA      USA v. Abraham Zucker
                                 Judge Sylvia H. Rambo
      7:05-CR-919

Dear Sir/Madam:

Pursuant to Rambo's Order dated 7/26/04, this case was transferred to your court. I am enclosing the original case file, along with a certified copy of the docket and this Court's transfer order.

Kindly acknowledge receipt of the file on the copy of the letter provided. Thank you for your assistance in this matter.

Very truly yours,

MARY E. D'ANDREA, CLERK

Kevin J. Neary
Deputy Clerk

RECEIPT

Acknowledge receipt of above on this _21_ day of _September 2005_

Signed: _____

CASE NO. ASSIGNED: _7:05 CR 919(CM)_